### *ELMES's* vs. *ESTEVA's SYNDICS.*

Priviledge on *taxed costs*, only.

*ʂ*

SOME property of the defendants had been sold at the instance of the plaintiffs, and the money ordered to be at the order of the court ; it was now ordered to be paid over, and the syndics claimed to retain part of it, for expences in law proceedings ; and the court, referring to their decision in *Ellery* vs. *Amelung's syndics, ante* 244, said a priviledge could be allowed on *taxed costs* only.

*Prevost* for plaintiffs.    *Depeyster* for defendants.

———— ⁕ ————

### *M'MASTER & AL.* vs. *DUNCAN & AL.*

Practice on the return of an award.

*By the Court.*    On an award being brought in, the course of practice is, to give notice to the adverse party to shew cause why judgment should not be entered according to the award.

*Livingston* for plaintiffs.    *Duncan* for defendants.